UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 06-06687-CJC(ANx) | Date | August 7, 2008 |
|---|---|---|---|

| Title | Local No. 5 International Association of Heat and Frost Insulators and Asbestos Workers v. Karcher Firestopping Inc. |
|---|---|

Present: The Honorable    CORMAC J. CARNEY, UNITED STATES DISTRICT JUDGE

| Michelle Urie | None Present | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**Proceedings:**    (IN CHAMBERS) ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED IN LIGHT OF THE NINTH CIRCUIT'S MANDATE AND MEMORANDUM

The Court hereby ORDERS plaintiff to show cause in writing no later than August 22, 2008 why this case should not be dismissed in light of the 9th Circuit's Mandate and Memorandum filed June 27, 2008.

The Clerk is directed to serve a copy of this minute order on counsel for all parties of record.

:    0

Initials of Preparer    mu